ANNIE BRUDIE, as Administratrix of the Estate of WIL-
LIAM BRUDIE, Deceased, Respondent, *v.* RENAULT
FRERES SELLING BRANCH, INC., Appellant.

Reported below, 160 App. Div. 889.
(Argued January 4, 1915; decided January 12, 1915.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered December 24, 1913, affirm-
ing a judgment in favor of plaintiff entered upon a
verdict in an action to recover for the death of plaintiff's
intestate alleged to have been occasioned through the
negligence of the defendant.

The motion was made upon the grounds of neglect and
failure to prosecute the appeal and that the exceptions
were inadequate and frivolous.

*William E. Weaver* for motion.

*James I. Cuff* opposed.

Motion denied, with ten dollars costs.